# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MADISON GARRAWAY

VERSUS

JAMEE RAYE ALLEN AND FORD
MOTOR COMPANY

NO.  2022 CW 0817

**AUGUST 2, 2022**

---

In Re:    Ford  Motor  Company,  applying  for  supervisory  writs,
          19th  Judicial  District  Court,  Parish  of  East  Baton
          Rouge, No. 631668.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

  **WRIT GRANTED.**  The district court's August 1, 2022 judgment
which granted plaintiff's motion in limine to exclude evidence
of  seatbelt  usage  by  plaintiff  is  reversed.   We  find  that
evidence of plaintiff's seatbelt usage is relevant and probative
in  this  matter,  and  such  is  not  outweighed  by  prejudice  to
plaintiff,  particularly  in  light  of  evidence  plaintiff  is
expected  to  produce  through  expert  testimony  as  to  plaintiff's
seatbelt  usage.    Plaintiff's  motion  in  limine  to  exclude
evidence of seatbelt usage by plaintiff is denied.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.S.m_
_____
     DEPUTY CLERK OF COURT
        FOR THE COURT